STEPHEN A. SCOTT (SBN 67467)
PHUONG N. FINGERMAN (SBN 226772)
HAYES DAVIS BONNINO
ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Parkway Suite 408
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
Creditors Financial Group, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joel Corral<br><br>Plaintiff,<br><br>v.<br><br>Creditors Financial Group LLC,<br><br>Defendant. | CASE NO. C07-03003<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

## I.  STIPULATION

IT IS HEREBY STIPULATED by plaintiff JOEL CORRAL (hereinafter referred to as "PLAINTIFF"), by and through his attorney of record Paul E. Smith of the Law Offices of Paul E. Smith and defendant CREDITORS FINANCIAL GROUP, LLC (hereinafter referred to as "Defendant"), by and through its attorney of record Stephen A. Scott of Hayes Davis Bonnino Ellingson Mclay & Scott, LLP, that Defendant be granted an extension of time to respond to Plaintiff's Complaint on file herein.

IT IS FURTHER STIPULATED that Defendant's response to Plaintiff's Complaint is now due on or before **July 30, 2007**.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 17, 2007 | LAW OFFICES OF PAUL E. SMITH<br><br>By _____<br>Paul E. Smith<br>Attorney for Plaintiff<br>JOEL CORRAL |
| Dated: July 17, 2007 | HAYES DAVIS BONNINO,<br>ELLINGSON McLAY & SCOTT, LLP<br><br>By _____<br>STEPHEN A. SCOTT<br>PHUONG N. FINGERMAN<br>Attorneys for Defendant<br>CREDITORS FINANCIAL GROUP, LLC |

**[PROPOSED] ORDER**

Based on the parties' stipulation, the Court hereby grants Defendant an extension of time to respond to Plaintiff's Complaint on file herein. Defendant's response to Plaintiff's Complaint will be due on or before **July 30, 2007**.

IT IS SO ORDERED.

Dated: July ___, 2007

_____
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA