1 | STEPHEN A. SCOTT (SBN 67467)
  | PHUONG N. FINGERMAN (SBN 226772)
2 | HAYES DAVIS BONNINO
  | ELLINGSON McLAY & SCOTT, LLP
3 | 203 Redwood Shores Parkway Suite 408
  | Redwood City, California 94065
4 | Telephone: 650.637.9100
  | Facsimile: 650.637.8071
5
  | Attorneys for Defendant
6 | Creditors Financial Group, LLC.

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10 | Joel Corral

CASE NO. C07-03003

11 |                Plaintiff,

12 |        v.

STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S
COMPLAINT

13 | Creditors Financial Group LLC,

14 |                Defendant.

15

16

## I.    STIPULATION

17

IT IS HEREBY STIPULATED by plaintiff JOEL CORRAL (hereinafter referred to as

18

"PLAINTIFF"), by and through his attorney of record Paul E. Smith of the Law Offices of Paul E.

19

20

Smith and defendant CREDITORS FINANCIAL GROUP, LLC (hereinafter referred to as

21

"Defendant"), by and through its attorney of record Stephen A. Scott of Hayes Davis Bonnino

22

Ellingson Mclay & Scott, LLP, that Defendant be granted an extension of time to respond to

23

Plaintiff's Complaint on file herein.

24

IT IS FURTHER STIPULATED that Defendant's response to Plaintiff's Complaint is now

25

due on or before **July 30, 2007.**

26

IT IS SO STIPULATED.

27

28

142219                                        -1-
STIPULATION AND [PROPOSED] ORDER TO RESPOND TO COMPLAINT--CASE NO. C07-3003

1  Dated:  July 17, 2007

LAW OFFICES OF PAUL E. SMITH

2                                                    By_____

3                                                         Paul E. Smith
                                                         Attorney for Plaintiff
4                                                         JOEL CORRAL

5

6  Dated:  July 17, 2007

7                                                    HAYES DAVIS BONNINO,
                                                     ELLINGSON McLAY & SCOTT, LLP

8

9                                                    By_____

10                                                        STEPHEN A. SCOTT
                                                         PHUONG N. FINGERMAN
11                                                        Attorneys for Defendant
                                                         CREDITORS FINANCIAL GROUP, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Based on the parties' stipulation, the Court hereby grants Defendant an extension of time to respond to Plaintiff's Complaint on file herein.   Defendant's response to Plaintiff's Complaint will be due on or before **July 30, 2007**.

IT IS SO ORDERED.

Dated: July ____, 2007

_____

U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA