UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                            Plaintiff(s),                   Case No.

                                                        ADR CERTIFICATION BY PARTIES
                                                        AND COUNSEL

     v.

                            Defendant(s).
_____/

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                                                       _____
                                                                                                     [Party]

Dated: _____                                                                   _____
                                                                                                     [Counsel]

```
I hereby attest that I have on file all holograph signatures for any signatures
indicated by a "conformed" signature (/S/) within this efiled document.
/s/Paul E. Smith
```