# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Corral,<br><br>             Plaintiff(s),<br><br>    v.<br><br>Creditors Financial Group LLC,<br><br>             Defendant(s). | 07-03003 SI MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Carol Webster Millie**
Corporate Advisory Law Group
40 Main St.
Los Altos, CA 94022
650-947-9199
cmillie@adviselaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1    Counsel are reminded that the written mediation statements required by the ADR
2    L.R. 6-7 shall NOT be filed with the court.

4    Dated: September 6, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-03003 SI MED                              - 2 -