1  PAUL E. SMITH (SBN 216644)
   **LAW OFFICES OF PAUL E. SMITH**
2  16780 West Bernardo Dr., Suite 400
   San Diego, California 92127
3  Telephone: (858) 679-3396
   Facsimile: (858) 630-4947
4
   Attorney for Plaintiff
5  JOEL CORRAL

6

7  STEPHEN A. SCOTT (SBN 67467)
   PHUONG N. FINGERMAN (SBN 226772)
   **HAYES DAVIS BONINO**
8  **ELLINGSON McLAY & SCOTT, LLP**
   203 Redwood Shores Parkway Suite 408
9  Redwood City, California 94065
   Telephone: 650.637.9100
10 Facsimile: 650.637.8071

11 Attorneys for Defendant
   CREDITORS FINANCIAL GROUP, LLC.
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Joel Corral | CASE NO. C07-03003 |
|---|---|
| Plaintiff, | |
| v. | **JOINT CASE MANAGEMENT STATEMENT** |
| Creditors Financial Group LLC, | |
| Defendant. | |

Plaintiff Joel Corral ("Corral") and Creditors Financial Group, LLC ("CFG") hereby submit their Joint Case Management Statement/Rule 26(f) Report of the Early Meeting of Counsel pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16-9 of this Court. The Early Meeting of Counsel occurred between Paul Smith for plaintiff and Phuong Fingerman for defendant on August 24, 2007.

The parties respectfully request that the Court adopt the [proposed] case management order as its Case Management Order in this case.

# I.
## JURISDICTION AND SERVICE

This action involves the Fair Debt Collection Practices and California's Rosenthal/Fair Debt Collection Practices Act. The court has jurisdiction over this action under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337.

There are no issues regarding personal jurisdiction or venue. All parties have been served. The parties do not anticipate adding any additional parties.

# II.
## DESCRIPTION OF THE CASE

Plaintiff is a natural person residing in Contra Costa County, California. Defendant CFG is a New York corporation who engages in the business of collecting debts owed to third parties. CFG is authorized to do business and is doing business in the State of California.

Plaintiff alleges that CFG engaged in collection practices that violated the Fair Debt Collection Practices Act and California's Rosenthal/Fair Debt Collection Practices Act. Specifically, Plaintiffs contend that CFG:

(1) Threatened to, and did, contact Plaintiff's family and friends;

(2) Continued to contact Plaintiff after a Cease Communication letter was sent;

(3) Called repeatedly and at odd hours, including a call at 6:45 a.m. on a Sunday morning; and

(4) Used profane language, including in relation to Plaintiff's sexual orientation, and threatened arrest and/or legal action against Plaintiff.

# III.
## DESCRIPTION OF FACTUAL AND LEGAL ISSUES IN DISPUTE

Whether any of CFG's collection communications to Plaintiff were in violation of the Fair Debt Collection Practices Act and California's Rosenthal/Fair Debt Collection Practices Act. (U.S.C. § 1692 et seq; Civil Code 1788 et seq.).

## IV.
## MOTIONS

There are no pending motions.

Defendant CFG anticipates filing a motion for protective order.

## V.
## AMENDMENT OF PLEADINGS

Plaintiff anticipates joining one or more former employees of CFG's as individual defendants. Plaintiff anticipates joining all additional defendants by November 2007.

## VI
## EVIDENCE PRESERVATION

The parties agree to take steps to preserve evidence relevant to the issues reasonably evident in this case.

## VII.
## DISCLOSURES

The parties will make their initial witness and document disclosures under FRCP 26(a) on or before September 7, 2007.

## VIII.
## DISCOVERY

The parties jointly agree to adhere to the discovery limitations outlined in the Federal Rules of Civil Procedure.

Defendant will propound the following discovery requests: (a) Special Interrogatories; (b) Requests for Production; and, (c) Requests for Admission. Defendant will also depose Corral and other individuals that may be identified during the course of this litigation.

Plaintiff will propound the following discovery requests: (a) Special Interrogatories; (b) Requests for Production; and, (c) Requests for Admission. Plaintiff will also depose Defendant and other individuals that may be identified during the course of this litigation.

The parties further intend to supplement disclosures or discovery responses pursuant to Rule 26(e) and will serve and file certification that all supplementation has been completed thirty days prior to the close of discovery.

## IX.
## CLASS ACTIONS

Not applicable.

## X.
## RELATED CASES

Not applicable.

## XI
## RELIEF

Plaintiff seeks actual damages of at least $100,000, statutory damages pursuant to 15 U.S.C. §1692k in the amount of $1,000 per violation and statutory damages pursuant to California Civil Code §1788.30(b) in the amount of $1,000 per violation general. Corral also requests attorney's fees and costs.

Defendant requests that Corral takes nothing by his complaint. Defendant seeks costs of suit incurred herein and such other and further relief as the court deems proper.

## XII.
## SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION

CFG and Corral are willing to participate in the early neutral evaluation. The parties have agreed to mediation.

## XIII.
## CONSENT TO UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

The parties do not consent to assignment of this case to a United State Magistrate Judge.

## XIV.
## OTHER REFERENCES

Not applicable.

## XV.
## NARROWING OF ISSUES

Not applicable.

## XVI.
## EXPEDITED SCHEDULE

Not applicable.

## XVII.
## SCHEDULING

The parties propose the following schedule:

| | | |
|---|---|---|
| 1. | Deadline to complete non-expert discovery: | February 1, 2008 |
| 2. | Deadline for hearing dispositive motions: | May 16, 2008 |
| 3. | Disclosure of experts: | March 10, 2008 |
| 4. | Deadline to complete expert discovery: | April 1, 2008 |
| 4. | Deadline for hearing on discovery motions: | April 14, 2008 |
| 6. | Pretrial Conference: | June 2008 |
| 7. | Trial: | July/August 2008 |

## XVIII.
## TRIAL

This case will be a jury trial and the parties expect the trial will require approximately 3 to 5 court days.

## XIX.
## DISCLOSURE OF NON-PARTY ENTITIES OR PERSONS

The following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Chubb Insurance Co.

143194

-5-

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT – CASE NO. C07-03003**

## XX.
## ALL OTHER ITEMS

Not applicable.

Dated: September 7, 2007          **LAW OFFICES OF PAUL E. SMITH**

                                  By  //S//
                                     Paul E. Smith
                                      Attorney for Plaintiff
                                      JOEL CORRAL

Dated: September 7, 2007          **HAYES DAVIS BONNINO,**
                                  **ELLINGSON McLAY & SCOTT, LLP**


                                  By _____
                                      STEPHEN A. SCOTT
                                      PHUONG N. FINGERMAN
                                      Attorneys for Defendant
                                      CREDITORS FINANCIAL GROUP, LLC

143194

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case and the parties are hereby ordered to comply with this Order.

Dated: _____, 2007

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT
JUDGE FOR THE NORTHERN DISTRICT
OF CALIFORNIA

143194