**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 9/14/07

Case No.   C-07-3003 SI          Judge:   SUSAN ILLSTON

Title: JOEL CORRAL  -v- CREDITORS FINANCIAL

Attorneys: P. Smith(phone)          P. Fingerman

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                  PART

Case continued to **12/14/07     @ 2:30 p.m.** for Further Case Management Conference

Case continued to **5/16/08     @ 9:00 a.m.**   for Motions
(Motion due **4/11/08**, Opposition **4/25/08** Reply **5/2/08**)

Case continued to **6/24/08    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **7/7/08   @ 8:30 a.m.**  for Trial (jury :3  Days)
Discovery Cutoff: 2/1/08, Discovery Motion Cutoff: 3/28/08,  Designate Experts by: 3/10/08, Rebuttal Experts:N/A, Expert Discovery Cutoff:4/1/08

ORDERED AFTER HEARING: