IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL CORRAL, | No. C 07-03003 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CREDITORS FINANCIAL GROUP LLC, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 14, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 1, 2008.

DESIGNATION OF EXPERTS: 3/10/08; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 1, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by April 11, 2008;

    Opp. Due April 25, 2008;  Reply Due May 2, 2008;

    and set for hearing no later than May 16, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 24, 2008 at 3:30 PM.

JURY TRIAL DATE: JULY 7, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be three days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel agreed that mediation shall occur prior to taking any depositions.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge