FILED
07 DEC 17 PM 2:03

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Corral, | No. C 07-03003 SI MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Creditors Financial Group LLC, | |
| Defendant(s). | |

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __12/12/07__

2. Did the case settle?   ☑ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES   ☐ NO

Dated: __12/13/07__        _Carol Webster Millie_
Mediator, Carol Webster Millie
Corporate Advisory Law Group
40 Main St.
Los Altos, CA 94022

**Certification of ADR Session**
07-03003 SI MED