Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff
JOEL CORRAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joel Corral,<br><br>    Plaintiff,<br><br>v.<br><br>Creditors Financial Group LLC,<br><br>    Defendant. | Case No.: C07-03003<br><br>STIPULATION RE DISMISSAL WITH PREJUDICE |

The parties, through their respective counsel of record, hereby stipulate to dismissal of this entire action with prejudice pursuant to FRCP 41(a).

Dated: January 8, 2008    LAW OFFICES OF PAUL E. SMITH


By: _____/S/_____
          PAUL E. SMITH
          Attorney for Plaintiff
          JOEL CORRAL

Dated: January 8, 2008    HAYES DAVIS BONINO ELLINGSON
                                        MCLAY & SCOTT, LLP


By: _____/S/_____
          PHUONG N. FINGERMAN
          Attorneys for Defendant
          CREDITORS FINANCIAL GROUP

- 1 -