Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff
JOEL CORRAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joel Corral, | Case No.: C07-03003 |
| Plaintiff, | STIPULATION RE DISMISSAL WITH PREJUDICE |
| v. | |
| Creditors Financial Group LLC, | |
| Defendant. | |

The parties, through their respective counsel of record, hereby stipulate to dismissal of this entire action with prejudice pursuant to FRCP 41(a).

Dated: January 8, 2008                LAW OFFICES OF PAUL E. SMITH


By: _____/S/_____
                    PAUL E. SMITH
                    Attorney for Plaintiff
                    JOEL CORRAL

Dated: January 8, 2008                HAYES DAVIS BONINO ELLINGSON
                                      MCLAY & SCOTT, LLP

By: _____
                    PHUONG N. FINGERMAN
                    Attorneys for Defendant
                    CREDITORS FINANCIAL GROUP

- 1 -

STIPULATION RE DISMISSAL WITH PREJUDICE – CASE NO. 07-03003