1 | Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
2 | 16870 West Bernardo Dr., Suite 400
San Diego, California 92127
3 | Telephone: (858) 679-3396
Facsimile: (858) 630-4947
4 | psmith@paulsmithlaw.com

5 | Attorney for Plaintiff
JOEL CORRAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Joel Corral, | ) Case No.: C07-03003 |
|---|---|
| Plaintiff, | ) STIPULATION RE DISMISSAL WITH ) PREJUDICE |
| v. | ) |
| Creditors Financial Group LLC, | ) |
| Defendant. | ) |

The parties, through their respective counsel of record, hereby stipulate to dismissal of this entire action with prejudice pursuant to FRCP 41(a).

Dated: January 8, 2008        LAW OFFICES OF PAUL E. SMITH

                              By: _____/S/_____
                                      PAUL E. SMITH
                                      Attorney for Plaintiff
                                      JOEL CORRAL

Dated: January 8, 2008        HAYES DAVIS BONINO ELLINGSON
                              MCLAY & SCOTT, LLP

                              By: _____/S/_____
                                      PHUONG N. FINGERMAN
                                      Attorneys for Defendant
                                      CREDITORS FINANCIAL GROUP

- 1 -
_____

STIPULATION RE DISMISSAL WITH PREJUDICE – CASE NO. 07-03003

Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff
JOEL CORRAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joel Corral,<br><br>            Plaintiff,<br><br>      v.<br><br>Creditors Financial Group LLC,<br><br>            Defendant. | Case No.: C07-03003<br><br>STIPULATION RE DISMISSAL WITH PREJUDICE |

The parties, through their respective counsel of record, hereby stipulate to dismissal of this entire action with prejudice pursuant to FRCP 41(a).

Dated: January 8, 2008

LAW OFFICES OF PAUL E. SMITH

By: _____/S/_____
PAUL E. SMITH
Attorney for Plaintiff
JOEL CORRAL

Dated: January 8, 2008

HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP

By: /s/ Phuong Fingerman
PHUONG N. FINGERMAN
Attorneys for Defendant
CREDITORS FINANCIAL GROUP

IT IS SO ORDERED
Judge Susan Illston

- 1 -

STIPULATION RE DISMISSAL WITH PREJUDICE – CASE NO. 07-03003